OCIRNE, INC. t/a Provco Partners,
L.P. and 10 East Germantown
Pike, LLC

v.

NEW TEES CO., L.P.

Appeal of Ocirne, Inc. t/a Provco
Partners, L.P.

Supreme Court of Pennsylvania.

Argued Sept. 10, 2015.
Resubmitted Jan. 20, 2016.
Decided May 25, 2016.

David Joseph Falcone, Esq., David R. Moffitt, Esq., Saul Ewing, LLP, Wayne, for Ocirne, Inc., et al.

Kenneth James Fleisher, Esq., Philip Alan Magen, Esq., Zarwin, Baum, DeVito, Kaplan, Schaer & Toddy, P C., Philadelphia, for New Tees Co., L.P.

### ORDER

PER CURIAM.

**AND NOW,** this 25th day of May, 2016, the appeal is dismissed as having been improvidently granted.

Justice WECHT dissents.